*E-Filed 4/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAURICE L. FRY,           No. C 10-0417 RS (PR)

    Plaintiff,           **ORDER DISMISSING ACTION**

  v.

M. BAKER,

    Defendant.
_____/

    This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to pay the filing fee, or file a complete application to proceed *in forma pauperis* ("IFP"), by March 2, 2010 or the action would be dismissed. Plaintiff has filed an incomplete application, having failed to file a copy of his prisoner trust account statement showing transactions for the last six months, and a certificate of funds completed and signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice. Petitioner's motion to proceed IFP (Docket No. 3) is DENIED.

This order terminates Docket No. 3.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED**.

DATED: April 1, 2010

RICHARD SEEBORG
United States District Judge

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Maurice L. Fry
F-49883
CPS - Los Angeles County
Inmate Mail/Parcels
P.O. BOX 4430
LOS ANGELES, CA 93539

DATED:  04/2/2010

s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

United States District Court
For the Northern District of California